Dennis ROBB, Appellant,

v.

KANSAS CITY POWER & LIGHT COMPANY, W.H. Miller, J.R. Miller, and L.H. Dolci, Respondents.

No. WD 35785.

Missouri Court of Appeals,
Western District.

Feb. 5, 1985.

Michael D. Gordon, Kansas City, for appellant.

Eric T. Swanson, Kansas City, for respondents.

Before TURNAGE, C.J., and MANFORD and KENNEDY, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a summary judgment in a civil action for wrongful discharge.

The judgment is affirmed. Rule 84.16(b).